UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Crumwell,

                Plaintiff,

–v–

Brooklyn Heights Dental, P.C.,

                Defendant.

21-cv-9539 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      Plaintiff served Defendant on December 2, 2021, and Defendant's answer was due on December 23, 2021. Dkt. No. 9. Yet Defendant has yet to appear in this matter. If Plaintiff intends to file a motion for default judgment, Plaintiff shall do so by February 25, 2022, or the Court may dismiss the case for failure to prosecute.

      SO ORDERED.

Dated: January 24, 2022
       New York, New York

                                        ALISON J. NATHAN
                                        United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/2022