UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DENISE CRUMWELL,
                             Plaintiff,

                 -against-                    21 Civ. 9539 (LGS)

                                      ORDER
BROOKLYN HEIGHTS DENTAL, P.C.,
                             Defendant.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, by Order dated January 24, 2022, Plaintiff was directed to file a motion for default judgment by February 25, 2022, or the court may dismiss the case for failure to prosecute.

      WHEREAS, on April 11, 2022, this case was assigned to me for all purposes.

      WHEREAS, Plaintiff has not filed a motion for default. It is hereby

      **ORDERED** that by **April 15, 2022**, Plaintiff shall move for default pursuant to Attachment A of this Court's Individual Rules, or the case will be dismissed for failure to prosecute.

Dated: April 12, 2022
       New York, New York

                                      LORNA G. SCHOFIELD
                                      **UNITED STATES DISTRICT JUDGE**